IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELIZABETH BARRY, :
          Plaintiff, :
  v. : Case No. 2:09-CV-1092
   :
THE PENNSYLVANIA STATE : Judge GARY L. LANCASTER
UNIVERSITY, PAULA MILONE- :
NUZZO, RAYMONDE BROWN and : Complaint filed: 08/17/09
EMMANUEL OSAGIE, :
          Defendants. :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall bear its own costs.

By: _____  By: _____

Joseph H. Chivers, Esquire
312 Boulevard of the Allies
Suite 600
Pittsburgh, PA 15222
(412) 281-1110
https://employmentrightsgroup.com
Attorney for Plaintiff

James M. Horne, Esquire
I.D. No. 26908
McQuaide Blasko Law offices
811 University Drive
State College, PA 16801
(814) 238-4926
jmhorne@mqblaw.com
Attorneys for Defendants

SO ORDERED this ___ day of March, 2010.

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge